## Dale Brent ADAMS, Appellant,

v.

## TYSON FOODS, INC., Appellee.

### No. 11–1625.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 4, 2011.

Filed: Oct. 7, 2011.

Dale Brent Adams, Harrison, AR, pro se.

Kathlyn Graves, Mitchell & Williams, Little Rock, AR, for Appellee.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

### [UNPUBLISHED]

PER CURIAM.

Dale Adams appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action against his former employer, Tyson Foods. Upon careful de novo review, we conclude that the district court properly granted Tyson Foods summary judgment, because Adams failed to present a trialworthy issue as to whether Tyson's legitimate, non-discriminatory reason for his termination was a pretext for unlawful discrimination. *See*

*Tusing v. Des Moines Indep. Cmty. Sch. Dist.,* 639 F.3d 507, 514–18 (8th Cir.2011) (standard of review; burden-shifting analysis); *Manning v. American Republic Ins. Co.,* 604 F.3d 1030, 1044 (8th Cir.) (absenteeism constitutes legitimate, non-discriminatory reason for termination), *cert. denied,* —— U.S. ——, 131 S.Ct. 648, 178 L.Ed.2d 480 (2010); *Bloom v. Metro Heart Grp. of St. Louis, Inc.,* 440 F.3d 1025, 1028–29 (8th Cir.2006) (conclusory allegations and speculation are insufficient to defeat summary judgment).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Adams's pending motions for an injunction and sanctions.

---

1. The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.